UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYU SONG LEE,

                Plaintiff,

-v.-

PRISTEC AMERICA et al.,

                Defendants.

25 Civ. 2277 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of the motion of Plaintiff's attorney, T. Edward Williams, to withdraw as counsel, as well as Mr. Williams's *ex parte* declaration in support thereof. *See* ECF Nos. 24 and 25. Mr. Williams has not filed an affidavit of service. Accordingly, the Court cannot determine whether he served Plaintiff with the motion and declaration, as Local Civil Rule 1.4 requires. *See* L. Civ. R. 1.4 ("All motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought.").

    Mr. Williams is directed to remedy this deficiency by filing an affidavit of service on the docket on or before **November 24, 2025**.

    SO ORDERED.

Dated: November 20, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge